THOMAS P. RILEY, SBN 194706                                        JS-6
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | CASE NO. 5:13-cv-02233-WDK-PLA |
| Plaintiff, | |
| vs. | ORDER GRANTING STIPULATED JUDGMENT |
| ADRIANA VILLALOBOS  ET AL., | |
| Defendants. | |

TO THIS HONORABLE COURT, ALL PARTIES, AND THEIR

ATTORNEY/S OF RECORD:

By and through their counsel, the Parties to the above-entitled action hereby stipulate and

respectfully request that judgment in the amount of Five Thousand Dollars ($5,000.00) inclusive of

attorneys' fees and costs be entered in favor of Plaintiff J & J SPORTS PRODUCTIONS, INC.,  and

against ADRIANA VILLALOBOS and JUAN RAMON VILLALOBOS, individually and d/b/a

MARISCOS LA BAHIA.

///

///

///

The Parties, and each of them, waive any and all rights to seek a stay of enforcement of said

judgment and further request that this Honorable Court enter the requested and stipulated judgment

only in the event of default of the Parties' settlement agreement and written notification of same to

this Honorable Court by counsel of record.

**IT IS SO ORDERED**:

_____          Dated: August 07, 2014
**The Honorable William D. Keller**
**United States District Court**
**Central District of California**

///

///